UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALEXANDRIA HALL,

                          Plaintiff,

                                                          DECISION AND ORDER
         v.                                              10-CV-10(A)(M)

PEEK 'N PEAK RECREATION, INC.,

                          Defendant.

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On September 12, 2014, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion for Summary Judgment (Dkt. No. 33) be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the defendant's summary judgment motion is granted, and the Complaint is dismissed.

        The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   October 6, 2014